CAROLYN F. MCNIVEN (SBN 163639)
BRIAN Q. HALL (SBN 318209)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
mcnivenc@gtlaw.com
hallbri@gtlaw.com

TODD PICKLES (SBN 215629)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorneys for Defendants AT&T Corp, AT&T Inc., AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services, Inc., DIRECTV, LLC, NEW CINGULAR WIRELESS PCS, LLC, and PACIFIC BELL TELEPHONE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD CLOYCE WAGDA,<br><br>       Plaintiff,<br><br>v.<br><br>AT&T CORP., a corporation, AT&T INC., a corporation, AT&T MOBILITY LLC, a corporation, AT&T MOBILITY II LLC, a corporation, AT&T SERVICES, INC., a corporation, DIRECTV, LLC, a corporation, NEW CINGULAR WIRELESS PCS, LLC, a corporation, PACIFIC BELL TELEPHONE COMPANY, a corporation, and DOES 1-100, jointly and severally,<br><br>       Defendants. | CASE NO. 2:19-cv-1057-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO COMPLAINT AND SUBMIT JOINT STATUS REPORT**<br><br>Assigned to Hon. John A. Mendez<br><br>Action Filed:    June 10, 2019 |

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SUBMIT JOINT STATUS REPORT**

Plaintiff DONALD CLOYCE WAGDA ("Plaintiff") and Defendants AT&T CORP., AT&T INC., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., DIRECTV, LLC, NEW CINGULAR WIRELESS PCS, LLC, and PACIFIC BELL TELEPHONE COMPANY (collectively "Defendants") (and, together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on or about June 10, 2019, Plaintiff filed this action under seal in this Court;

2. WHEREAS, on September 24, 2021, the Court unsealed the Complaint and issued the Summons [DKT. 20, 21];

3. WHEREAS, Plaintiff served Defendants with the Summons and Complaint on December 20, 2021, and Defendants' deadline to respond to the Complaint was originally set for January 10, 2022 [DKT. 27];

4. WHEREAS, On January 3, 2022, Plaintiff and Defendants filed their Stipulation for Initial Extension of Time to Respond to Complaint, which extended Defendants' deadline to file a responsive pleading by 28 days, until February 7, 2022 [DKT. 23];

5. WHEREAS, on January 28, 2020, the Court Ordered the Parties to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status report by February 11, 2022 [DKT 28];

6. WHEREAS, Defendants' undersigned counsel did not become involved in this case until January 31, 2022;

7. WHEREAS it would be in the best interest of all Parties and the Court to allow defense counsel additional time to investigate Plaintiff's allegations and narrow the issues in dispute;

8. WHEREAS it would also be in the best interest of all Parties and the Court to allow the Parties additional time to meet and confer in advance of submitting their Joint Status Report.

9. WHEREAS, Defendants have requested, and Plaintiff has agreed, to an additional 14 days to respond to the Complaint;

**NOW, THEREFORE**, it is hereby stipulated and agreed, pursuant to Local Rule 143, that the time in which Defendants may answer or other respond to Plaintiff's Complaint is extended for 14 days, to and including February 21, 2022 and the Parties deadline to submit the Joint Status Report is extended for 14 days, to and including February 25, 2022. It is further stipulated and agreed that Defendants waive any objections to the absence or service of summons, and that the filing of this Stipulation does not constitute an appearance by Defendants for the purposes of assertion of the Court's personal jurisdiction, nor waive any objection to personal jurisdiction or venue.

IT SO STIPULATED AND SO REQUESTED.

DATED:  February 2, 2022                    GREENBERG TRAURIG, LLP

                                            By: /s/ Brian Q. Hall
                                            CAROLYN F. MCNIVEN
                                            TODD PICKLES
                                            BRIAN Q. HALL

                                            *Attorneys for Defendants*

DATED:  February 2, 2022                    DONALD CLOYCE WAGDA

                                            By: /s/Donald Cloyce Wagda (as authorized on 2/2/22)
                                            DONALD CLOYCE WAGDA

                                            *Pro Se Plaintiff and Qui Tam Relator*
                                            547 Blackhawk Club Drive
                                            Danville, California 94506
                                            Telephone: (650) 644-7151
                                            donald@wagdalaw.com

# ORDER

This matter came before the Court on the Parties' stipulation to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint and the Parties' deadline to file a Joint Status Report. For the reasons stated in the stipulation and good cause showing, the Court ADOPTS the parties' stipulated schedule.

Accordingly, IT IS HEREBY ORDERED THAT Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before February 21, 2022 and the Parties shall file their Joint Status Report on or before February 25, 2022.

IT IS SO ORDERED.

DATED: February 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE