Carolyn F. McNiven (SBN CA 163639)
Kristin O'Carroll (SBN CA 312902)
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010
mcnivenc@gtlaw.com
ocarrollk@gtlaw.com

Todd Pickles (SBN CA 215629)
GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
Sacramento, California   95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorneys for Defendants AT&T CORP., a corporation, AT&T MOBILITY LLC, a corporation, AT&T MOBILITY II LLC, a corporation, AT&T SERVICES, INC., a corporation, DIRECTV, LLC, a corporation, NEW CINGULAR WIRELESS PCS, LLC, a corporation, and PACIFIC BELL TELEPHONE COMPANY, a corporation.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD CLOYCE WAGDA,<br><br>          Plaintiff,<br><br>v.<br><br>AT&T CORP., a corporation, and AT&T INC., a corporation, and AT&T MOBILITY LLC, a corporation, and AT&T MOBILITY II LLC, a corporation, and AT&T SERVICES, INC., a corporation, DIRECTV, LLC, a corporation, and NEW CINGULAR WIRELESS PCS, LLC, a corporation, and PACIFIC BELL TELEPHONE COMPANY, a corporation, and DOES 1-100, jointly and severally,<br><br>          Defendants. | CASE NO. 2:19-cv-1057-JAM-AC<br><br>**ORDER** |

On considering Defendants AT&T Corp., AT&T Mobility LLC, AT&T Mobility II LLC, AT&T Services, Inc., DIRECTV, LLC, New Cingular Wireless PCS, LLC, and Pacific Bell Telephone Company's ("Defendants") motion for leave to file a Response to the Statement of Interest of the United States (the "Government") Regarding Defendants' Motion to Dismiss, and the entire record herein, the Court hereby **GRANTS** Defendants' motion for leave to file a three-page Response to the Government's Statement of Interest.

**IT IS SO ORDERED.**

DATED: April 22, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE