Donald Cloyce Wagda (CA Bar No. 257254)
547 Blackhawk Club Drive
Danville, California  94506
Telephone: (650) 644-7151
donaldwagda@gmail.com

*Pro Se* Plaintiff and *Qui Tam* Relator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. DONALD CLOYCE WAGDA<br><br>            Plaintiff,<br><br>        vs.<br><br>AT&T CORP., et al.,<br><br>            Defendants. | Case No. 2:19-cv-1057-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES WITH REGARD TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:        October 18, 2022<br>Time:        1:30 p.m.<br>Courtroom:  6<br>Judge:       Hon. John A. Mendez |

Plaintiff DONALD CLOYCE WAGDA ("Plaintiff") and Defendants AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., DIRECTV, LLC, NEW CINGULAR WIRELESS PCS, LLC, and PACIFIC BELL TELEPHONE COMPANY (collectively "Defendants") (and, together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1.      WHEREAS, on July 1, 2022, this action was dismissed with prejudice [Dkt. No. 56];

2.      WHEREAS, on July 15, 2022, Defendants filed a Bill of Costs [Dkt. No. 58];

3.      WHEREAS, on July 22, 2022, Plaintiff filed an Objection to the Bill of Costs [Dkt. 59];

4.      WHEREAS, Defendants plan to file their Reply in support of the Bill of Costs on or before

1

1    August 12, 2022;

2        5.      WHEREAS, on July 29, 2022, Defendants filed a Motion for Attorneys' Fees [ECF 61];

3        6.      WHEREAS, on August 1, 2022, Plaintiff filed a Notice of Appeal with respect to the

4    judgment [ECF 62];

5        7.      WHEREAS, On August 1, 2022, the Court issued a Minute Order resetting the hearing on

6    the Bill of Costs to October 18, 2022 at 1:30 p.m. in Courtroom 6, the same time and place as the existing

7    hearing on the Motion for Attorneys' Fees;

8        8.      WHEREAS it would be in the best interest of all Parties and the Court to allow the Parties

9    sufficient time to adequately brief the issues involved;

10       9.      WHEREAS, Plaintiff has requested, and Defendants have agreed, to an additional 7 days to

11   file his Opposition to their Motion for Attorneys' Fees;

12       10.     WHEREAS, Defendants have requested, and Plaintiff has agreed, to an additional 7 days to

13   file their Reply to his forthcoming Opposition;

14       **NOW, THEREFORE**, it is hereby stipulated and agreed, pursuant to Local Rule 143, that the time

15   in which Plaintiff may file an Opposition to Defendants' Motion for Attorneys' Fees is extended for 7 days,

16   to and including August 19, 2022, and the time in which Defendants may file a Reply to Plaintiff's

17   Opposition to their Motion for Attorneys' Fees is extended for 7 days, to and including September 5, 2022.

18   DATED:  August 10, 2022                 GREENBERG TRAURIG, LLP

19

20                                          By:*/s/ Carolyn F. McNiven (as authorized on August 10, 2022)*
                                               CAROLYN F. MCNIVEN
21                                             TODD PICKLES

22                                             *Attorneys for Defendants*

23

     DATED:  August 10, 2022                 DONALD CLOYCE WAGDA
24

25                                          By: */s/Donald Cloyce Wagda*
                                               DONALD CLOYCE WAGDA
26

27                                             *Pro Se Plaintiff and Qui Tam Relator*

28

                                              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

This matter came before the Court on the Parties' stipulation to extend briefing deadlines with regard to Defendants' Motion for Attorneys' Fees. For the reasons stated in the stipulation and good cause showing, the Court ADOPTS the Parties' stipulated schedule.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff may file an Opposition to Defendants' Motion for Attorneys' Fees on or before August 19, 2022, and Defendants may file a Reply to Plaintiff's Opposition to their Motion for Attorneys' Fees on or before September 5, 2022.

IT IS SO ORDERED.

DATED:  August 10, 2022                              /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES WITH REGARD TO
DEFENDANTS' MOTION FOR ATTORNEYS' FEES